IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:02-cv-665-F |
| ) | (WO) |
| ONE PARCEL OF PROPERTY LOCATED ) | |
| AT 5535 LEE ROAD 66, LEE COUNTY, ) | |
| ALABAMA, WITH ALL ) | |
| APPURTENANCES AND ) | |
| IMPROVEMENTS THEREON, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

(1) Judgment be and is hereby entered in favor of the Plaintiff United States of America and against the claimant Robert Rush.

(2) Costs are taxed against claimant Robert Rush for which execution may issue.

(3) The defendant-property, one parcel of property located at 5535 Lee Road 66, Lee County, Alabama, with all appurtenances and improvements thereon, is hereby forfeited and condemned to the United States of America and no right, title, or interest in the defendant property shall exist in any other party.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 23rd day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE