IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:02-cv-665-F |
| | ) | (WO) |
| ONE PARCEL OF PROPERTY LOCATED | ) | |
| AT 5535 LEE ROAD 66, LEE COUNTY, | ) | |
| ALABAMA, WITH ALL | ) | |
| APPURTENANCES AND | ) | |
| IMPROVEMENTS THEREON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Government's Motion to Correct Judgment (Doc. #92) filed

on September 15, 2005, it is hereby

ORDERED that the motion is GRANTED.  Accordingly, the Court's August 23, 2005

Memorandum Opinion and Order (Doc. #86) and the corresponding Final Judgment (Doc.

#87) are VACATED.

DONE this 28th day of October, 2005.


_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE